IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY W. KELLY,

      Appellant,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS
TRUSTEE IN TRUST FOR THE
REGISTERED HOLDERS OF
AMERIQUEST MORTGAGE
SECURITIES INC.,
QUESTRUST 2006-X-1, ASSET
BACKED PASS THROUGH
CERTIFICATES SERIES 2006-
X1, ET AL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3943

Opinion filed June 21, 2016.

An appeal from the Circuit Court for Escambia County.
William P. White, Jr., Judge.

Larry W. Kelly, pro se, Appellant.

Travis J. Halstead and Nathan E. Wittman of Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC, Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.